UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEALED MATTER MISC. NO.: 1:24-mc-51025-1

______________________________/

**EX PARTE MOTION TO RELEASE RESTRAINED FUNDS**

THE UNITED STATES OF AMERICA respectfully moves for an order releasing seized Merrill Lynch Account 689-10F90.[1] The funds in the account were restrained pursuant to a seizure warrant on August 30, 2024. The United States no longer seeks to forfeit the funds in the account. Because the United States no longer seeks the forfeiture of the funds, the interests of justice dictate the property be released to the account holder.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

s/Philip A. Ross
PHILIP A. ROSS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov
Va. State Bar #70269

Date: September 8, 2026

1 Pursuant to FRCP 5.2(b)(1), account numbers in asset forfeiture matters are exempted from the redaction requirements of FRCP 5.2(a).